IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

William L.  Ridenour, et al.,                    :

       Plaintiffs                                   :        Case No.  C2-00-142

  v.                                                      :        Judge Smith

Reginald A.  Wilkinson, et al.,               :        Magistrate Judge Abel

      Defendants                                  :


**Order**

      Plaintiff Ridenour's May 12, 2005 motion for relief from the Court's October 21, 2004

Order pursuant to Rule 60(b)(5) and (6) of the Federal Rules of Civil Procedure (doc.  374) is

currently pending before the Court.  As a result plaintiff's January 25, 2005 motion for final

judgment (doc.  368) is premature, and therefore it is DENIED.


                       /S/ George C. Smith
                       George C.  Smith
                       United States District Judge